HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPAM ARREST, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>REPLACEMENTS, LTD., et al.,<br><br>            Defendants. | CONSOLIDATED<br><br>MASTER CASE NO. C12-481RAJ<br><br>ORDER |

Plaintiff Spam Arrest, LLC has not complied with the court's August 20 order requiring it to submit redacted versions of certain documents it filed previously. That order informed the parties that the court would unseal any document for which the party who placed it under seal did not provide a newly redacted version.

The court accordingly directs the clerk to UNSEAL the documents at docket numbers 60-1, 60-4, 73-2, and 74-2.

DATED this 29th day of August, 2013.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1